## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 1:16-CR-25** |
| | § | |
| **BRYAN FRANKLIN SNIPES** | § | |

### ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON DEFENDANT'S GUILTY PLEA

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Hawthorn conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge. The magistrate judge recommended that the court accept the Defendant's guilty pleas. He further recommended that the court adjudge the Defendant guilty on Counts One and Two of the Indictment filed against the Defendant.

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge are **ADOPTED**. The court accepts the Defendant's pleas but defers acceptance of the plea agreement until after review of the presentence report. The court **ORDERS** the Defendant's attorney to read and discuss the presentence report with the Defendant, and file any objections to the report **BEFORE** the date of the sentencing hearing.

It is further **ORDERED** that, in accordance with the Defendant's guilty pleas and the magistrate judge's findings and recommendation, the Defendant, Bryan Franklin Snipes, is adjudged guilty as to Counts One and Two of the Indictment charging violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c).

**So Ordered and Signed**

**Jul 30, 2016**

_____
Ron Clark, United States District Judge